SHELONDA MEGAIL JENNINGS
1710 LIZZIE RD
MERIDIAN, MS 39301

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

ADVANCE FINANCIAL 24/7
100 OCEANSIDE DRIVE
NASHVILLE, TN 37204

AFFIRM, INC.
ATTN: BANKRUPTCY
650 CALIFORNIA ST
FL 12
SAN FRANCISCO, CA 94108

AMERICAN EDUCATION
ATTN: BANKRUPTCY
P.O.BOX 2461
HARRISBURG, PA 17105

BOBBIE MITCHELL
1656 LIZZIE RD
MERIDIAN, MS 39301

CAPITAL ONE
ATTN: BANKRUPTCY
PO BOX 30285
SALT LAKE CITY, UT 84130

CAPITAL ONE AUTO
7933 PRESTON RD
PLANO, TX 75024

CC BANK
ATTN: BANKRUPTCY
1835 W. STATE STREET
PLEASANT GROVE, UT 84062

CITIZENS NATIONAL BANK
512 22ND AVE
MERIDIAN, MS 39301

COMENITY
ATTN: BANKRUPTCY
PO BOX 182125
COLUMBUS, OH 43218

COMENITYCAPITAL
PO BOX 182120
COLUMBUS, OH 43218

CONSUELA HOUSTON
1903 30TH AVE
MERIDIAN, MS 39301

CREDIT ONE BANK
6801 CIMARRON RD
LAS VEGAS, NV 89113

ELASTIC
4030 SMITH RD
CINCINNATI, OH 45209

FORTIVA
ATTN: BANKRUPTCY
P.O. BOX 105555
ATLANTA, GA 30348

GENESIS FS CARD
ATTN: BANKRUPTCY
PO BOX 4477
BEAVERTON, OR 97076

JORA CREDIT
P.O. BOX 8407
PHILADELPHIA, PA 19101

LENDLY LLC
ATTN: BANKRUPTCY
105 SUGAR CAMP CIRCLE
DAYTON, OH 45409

OCHSNER RUSH
1314 19TH AVE
MERIDIAN, MS 39301

OPPLOANS
P.O. BOX 5040
FREDERICKSBURG, VA 22403

SANTANDER BANK
P.O. BOX 961211
FORT WORTH, TX 76161

SPRINGLF FIN
PO BOX 1010
EVANSVILLE, IN 47706

THE JARROD MUMFORD LAW
736 N CONGRESS ST
JACKSON, MS 39202

UPGRADE, INC.
ATTN: BANKRUPTCY
275 BATTERY ST 23RD FL
SAN FRANCISCO, CA 94111

UPROVA LOANS
635 E HWY 20
UPPER LAKE, CA 95485