# CERTIFICATE OF TITLE

## STATE OF MISSISSIPPI

**ORIGINAL**

| VEHICLE IDENTIFICATION NUMBER | MAKE | YEAR | MODEL | BODY | TITLE NUMBER | TITLE TEXT (E G UNIT #) |
|---|---|---|---|---|---|---|
| 3FA6P0UU0JR273594 | FORD | 2018 | FUSION | SD | | |

| TITLE DATE | DATE OF FIRST SALE FOR USE NEW ONLY | NO CYL | NEW/USED | TYPE OF VEHICLE | ODOMETER - NO TENTHS |
|---|---|---|---|---|---|
| 02/17/2026 | | 4 | USED | PC | 19627 ACTUAL |

**OWNER(S)**

JENNINGS, SHELONDA
1710 LIZZIE RD
MERIDIAN MS 39301-9313

**BRANDS**

**BENEFICIARY**

☐ Fully Autonomous Vehicle

**1ST LIENHOLDER**

SANTANDER CONSUMER USA
PO BOX 961288
FORT WORTH TX 76161-0288

**DATE** 01/16/2026

**2ND LIENHOLDER**

**DATE**

**MAIL TO**

SANTANDER CONSUMER USA
PO BOX 961288
FORT WORTH TX 76161-0288

**LIEN SATISFACTION** THE UNDERSIGNED HOLDER OF ABOVE DESCRIBED LIEN(S) ON THE MOTOR VEHICLE DESCRIBED HEREON HEREBY ACKNOWLEDGES SATISFACTION THEREOF

1ST LIEN ______________________ (LIENHOLDER) BY ______________________ (SIGNATURE AND TITLE)

THIS ____________ DAY OF ____________ 20____

2ND LIEN ______________________ (LIENHOLDER) BY ______________________ (SIGNATURE AND TITLE)

THIS ____________ DAY OF ____________ 20____

IN WITNESS WHEREOF I HAVE HEREUNTO SET MY HAND THIS

THE 17TH DAY OF FEBRUARY 20 26

THE GREAT SEAL OF THE STATE OF MISSISSIPPI

The Mississippi Department of Revenue hereby certifies that on application duly made the person named herein is registered by this office as the lawful owner of the vehicle described subject to the liens or security interests as may subsequently be filed with the Mississippi Department of Revenue This certificate of title is issued pursuant to the Mississippi Motor Vehicle Title Law Section 63 21 1 Mississippi Code of 1972 and subject to the provisions thereof

MISSISSIPPI DEPARTMENT OF REVENUE

VOID IF ALTERED