MSSB-7007.1-Bk (11/23)

# United States Bankruptcy Court
# Southern District of Mississippi

In re: Shelonda Megail Jennings

Debtor(s)

Case No.: 26-02582-KMS

Chapter: 13

## Corporate Ownership Statement

Pursuant to Federal Rules Bankruptcy Procedure and Mississippi Bankruptcy Local Rules, Santander Bank, N.A., as servicer for Santander Consumer USA Inc., a
[Name of Corporate Party]

**[Check One]**

- [x] Party to a contested matter **Miss. Bankr. L.R. 9014-1(c)**
- [ ] Corporate Debtor **FRBP 1007(a)(1)**
- [ ] Corporate Petitioner of an involuntary petition **FRBP 1010(b)**
- [ ] Alleged Corporate Debtor **FRBP 1011(f)**

make the following disclosure(s):

- [x] The following entities owning, directly or indirectly, 10% or more of any class of the corporation's (s') equity interests, are listed below:

Santander Consumer USA Holdings, Inc., 75 State Street, Boston, MA 02109
Santander Consumer US, Inc., 1601 Elm Street, Dallas, TX 75201
Banco Santander, S.A., Av. De Cantabria s/n, 28660 Boadilla Del Monte Madrid, Madrid
(wholly owns Santander Holdings USA, Inc.)

**OR**

- [ ] There are no entities owning, directly or indirectly, 10% or more of any class of the corporation's equity interest.

Date: 11/16/2026

/s/Christopher D. Meyer
Attorney Signature

Christopher D. Meyer
Attorney Name

103467
State Bar Number

1222 Demonbreun, Suite 1201
Address

Nashville, TN 37203
City, State, and Zip Code

(629) 312-1840
Telephone Number

chris.meyer@wbd-us.com
Email Address

**Pursuant to Miss. Bankr. L.R. 7007.1-1 the requirements for filing a Corporate Ownership Statement, under Fed. R. Bankr. P. 7007.1 shall also apply to general partnerships, limited partnerships, joint ventures, and limited liability companies.**